# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>TANGA.COM, LLC<br><br>Debtor.<br><br>CONSTANTINO FLORES, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>TAGCO USA, INC., an Illinois corporation,<br><br>Defendant. | (Chapter 7 Case)<br><br>Case No. 2:18-bk-06314-BMW<br><br>*Adv. No. 2:20-ap-00069-BMW*<br><br>**JUDGMENT** |

Upon the default of, TagCo USA, Inc. ("**Defendant**") and good cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Constantino Flores, Chapter 7 Trustee and Plaintiff herein, is hereby granted judgment against Defendant, in the principal sum of $110,433.02, plus interest on said sum at the rate set forth in 28 U.S.C. § 1961 from the date of judgment until paid.

**IT IS FURTHER ORDERED** that there is no just cause for delay and pursuant to Federal Rule of Bankruptcy Procedure 7054(b), the Court directs entry of the judgment as final judgment.

**SIGNED AND DATED ABOVE**